# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BERETANIA WILSON** | **CIVIL ACTION NO. 23-0272** |
| | **SECTION P** |
| VS. | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **ARNDRA STEPHENS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Beretania Wilson's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointed counsel, [doc. # 3], is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of July, 2023.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE